# United States District Court

__Southern__ DISTRICT OF __New York__

Marc Malek (A46 704 281)

**SUMMONS IN A CIVIL CASE**

V.

Andrea Quarantillo, Director, NYC District
U.S. Citizenship & Immigration Services et al.

CASE NUMBER: 07 CV 3774

JUDGE CEDARBAUM

TO: (Name and address of defendant)

Andrea Quarantillo, Director, NYC District, USCIS, 26 Fed. Plaza, NY, NY 10278
Michael J. Garcia, US Attorney, Southern Dist., NY 86 Chambers St., 3rd Flr., NY, NY 10007 Emilio T. Gonzales, Director, USCIS, Micheal Chertoff, Secretary DHS, c/o Office of General Counsel, USDHS Washington DC 20528, Alberto R. Gonzales, Robert S. Mueller, III, 935 Pennsylvania Ave., NW, Washington DC 20535 Attorney

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas W. Vanasse, Esq.
Wildes & Weinberg, P.C.
515 Madison Ave., 8th Flr.
New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: MAY 14 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE May 14, 2007 |
| NAME OF SERVER (PRINT) Thomas W. Vanasse, Esq. | TITLE Esquire |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent Certified Mail to: Michael Chertoff, Secretary U.S. Department of Homeland Security Washington D.C. 20528

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 14, 2007
Date

Signature of Server

Wildes & Weinberg, 515 Madison Ave. NY, NY 10022
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.