MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:     F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MARC MALEK (A46 704 281),
:
Plaintiff,
:                                STIPULATION AND ORDER OF DISMISSAL
- v. -
:                                07 Civ. 3774 (MGC)
ANDREA QUARANTILLO, et al.,
:
Defendants.
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

WHEREAS United States Citizenship and Immigration Services approved plaintiff's naturalization application and he was admitted to citizenship upon being sworn in as a naturalized citizen on September 21, 2007;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York
        October 11, 2007

WILDES & WEINBERG, P.C.
Attorneys for Plaintiff

By: _____
Thomas W. Vanasse, ESQ.
515 Madison Avenue, 8th Floor
New York, NY 10168
Tel. No.: (212) 753-3468

Dated:  New York, New York
        October 11, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. MIRIAM GOLDMAN CEDARBAUM
UNITED STATES DISTRICT JUDGE